IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 2:20-cr-26-KS-MTP

WADE ASHLEY WALTERS

## **WRIT OF ENTRY**

WHEREAS, the United States having requested the Court to issue a Writ of Entry, pursuant to its authority under 18 U.S.C. §§ 983(j)(1) and 985(b)(2), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, authorizing the United States to enter the following real property:

| | | |
|---|---|---|
| C2 | Parcel 088-18007, Tallahatchie County, MS, titled to Wade A. Walters. | 16-FBI-002811 |
| C3 | Parcel 088-19006, Tallahatchie County, MS, titled to Wade A. Walters. | 16-FBI-002812 |
| C4 | Parcel 088-19007, Tallahatchie County, MS, titled to Wade A. Walters. | 16-FBI-002819 |
| C5 | Parcel 088-19002, Tallahatchie County, MS, titled to Wade Walters Consulting Inc. | 16-FBI-002816 |
| C13 | Parcel 098-3401201, Tallahatchie County, MS, titled to Walters Holdings LLC. | 16-FBI-002821 |
| C15 | Parcels 103-06-001.002, 103-07-006.000, 103-07-006.001, 151-01-026.000, 151-01-027.000, 151-02-010.000, 151-12-001.000, located at North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC. | 16-FBI-002791 |
| C16 | Parcel 103-07-010.000 located at North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC. | 16-FBI-002805 |
| C18 | Parcel 088-19003, Tallahatchie County, MS, titled to TWQP, LLC. | 16-FBI-002817 |
| C20 | Two parcels titled to IPMSI Holdings, LLC Series C in Tallahatchie County, MS. | 19-DCI-000116 |

and any other associated parcel included in the high-fenced enclosures in Lamar and Tallahatchie Counties; and

WHEREAS, good and sufficient cause having been shown,

IT IS HEREBY ORDERED AND ADJUDGED that the United States' Motion for Writ of Entry to the above-listed property, is granted;

IT IS FURTHER ORDERED, that officials of the United States and the Mississippi Department of Wildlife, Fisheries, and Parks, and/or their agents and designees, are hereby authorized as follows:

1. To enter the portions of the real property enclosed by the high fencing, for the purpose of conducting an inspection of wild animals and/or non-native ungulates inside the enclosure and to conduct a sampling of the deer population to determine whether any of the population is positive for Chronic Wasting Disease (CWD) and/or tuberculosis;

2. To be accompanied on any such occasion by any personnel necessary to conduct the sampling of the deer population;

3. To be accompanied on any such occasion by any federal, state, and/or local law enforcement officers selected by the United States to ensure the safety of any person acting under the Writ of Entry; and it is further

**ORDERED AND ADJUDGED**, that any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished for contempt of a court order, and as a violation of 18 U.S.C. § 2232, for disposition in accordance

-3-

with the law.

       SO ORDERED this the __10th__ day of September, 2020.

                                              __s/Keith Starrett__
                                              UNITED STATES DISTRICT JUDGE