IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 2:20-cr-26-KS-MTP

WADE A. WALTERS

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is the Joint Motion for Interlocutory Sale of Property [ECF No. 48] and the attached Joint Agreement for the Interlocutory Sale of Property [ECF No. 48-1] by United States of America and Defendant Wade A. Walters, seeking authorization to complete the interlocutory sale of assets "C15, C16, and C17" located in Lamar County, Mississippi, which is commonly known as:

| C15 | Approximately 1,265 acres, Lamar County<br><br>Parcels 103-06-001.002, 103-07-006.000, 103-07-006.001, 151-01-026.000, 151-01-027.000, 151-02-010.000, 151-12-001.000, located at North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC. |
|---|---|
| C16 | Parcel 103-07-010.000 located at North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC. |
| C17 | Parcel 103-06-003.002 located at 625 North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC. |

in order to preserve and protect presently existing equity in Subject Property C15, C16, and C17. Having read and considered the Joint Motion and attached Agreement, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the parties conduct the referenced sale according to the procedures specified in the Agreement.

SO ORDERED, this __20th__ day of November, 2020.

    ____s/ Keith Starret_____t
KEITH STARRETT
UNITED STATES DISTRICT JUDGE