IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 03 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-cr-26-KS-MTP

WADE ASHLEY WALTERS

### FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion [153] for a Second Final Order of Forfeiture. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

The Court entered a Second Preliminary Order of Forfeiture on Wade Ashley Walters [84] and a preliminary Order [133] for a substitute asset, forfeiting the following **"Subject Property"** to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), and 982(a)(1) and (a)(7), and 28 U.S.C. § 2461(c):

| Crim. Forf. ID | Identifier from parallel Civil Case U.S. v. Real Prop. Located at 19 Crane Park, 2:18-cv-00165-KS-MTP | Asset Description |
|---|---|---|
| C12 | N/A a/k/a 19-DCI-000114 | 112 Oxford Creek Drive, Oxford, Lafayette County, MS titled to Co-conspirator 12, more particularly described in the Criminal Complaint [1] filed herein |
| C14 | C-008 a/k/a 16-FBI-002822 | Real property located at 6131 Yeats Manor Drive, Tampa, Hillsborough County, Florida; titled to D.H. and Co-conspirator 11, more particularly described in the Criminal Complaint [1] filed herein |
| C15 | C-020 a/k/a 16-FBI-002791 | $2,355,479.75 in lieu of Parcels 103-06-001.002, 103-07-006.000, 103-07-006.001, 151-01-026.000, 151-01-027.000, 151-02-010.000, 151-12-001.000, located at North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC, more particularly described in the Criminal Complaint [1] filed herein |
| C16 | C-021 a/k/a | $294,434.97 in lieu of Parcel 103-07-010.000 located at North Black Creek Road, Sumrall, Lamar County, MS, |

|  | 16-FBI-002805 | titled to Walters Holdings LLC, more particularly described in the Criminal Complaint [1] filed herein |
|---|---|---|
| C17 | C-022 a/k/a 16-FBI-002808 | $294,434.97 in lieu of Parcel 103-06-003.002 located at 625 North Black Creek Road, Sumrall, Lamar County, MS, titled to Walters Holdings LLC, more particularly described in the Criminal Complaint [1] filed herein |
| N/A | N/A a/k/a 21-DCI-000062 | Real Property located at 1718 Poplar Springs Road, Cascilla, Mississippi, titled to Walters Wade Plan Adm of W Walter Consulting, Inc.<br><br>Parcel No. 120-02017, Tallahatchie County, Mississippi |
| N/A | N/A a/k/a 21-DCI-000019 | A money judgment in the amount of $56,565,963.00, representing the amount obtained by the Defendant, directly or indirectly, from the offenses of conviction. |

The United States of America published notice via the internet at www.forfeiture.gov including notice of this forfeiture and of the intent of the United States of America to dispose of the **Subject Property** in accordance with the law and as specified in the Agreed Preliminary Order. *See* Ex. A, Proof of Pub., ECF No. 153-1. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by certified mail, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**. *See* Ex. B, Proof of Service, ECF No. 153-2. The only claims filed have been dismissed with prejudice. Any fees or taxes due and owing on the **Subject Property** will be paid to the appropriate taxing authorities or entities when the properties are sold. No other person or entity filed a claim to any of the **Subject Property** and the deadline for doing so has expired. Accordingly, any and all liens held against any of the **Subject Property** are hereby set aside for failure to file a proper claim. This Order may be used to perfect title and deed to subsequent purchasers.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Defendant Wade Ashley Walters had an interest in the **Subject**

**Property** that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and (a)(7), and 28 U.S.C. § 2461(c).

        2.      Final forfeiture judgment against the **Subject Property** is hereby entered pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982 (a)(1) and (a)(7), and 28 U.S.C. § 2461(c), and the realized equity of the **Subject Property** shall offset the existing money judgment of $56,565,963.00, consistent with the Order [94] of this Court entered February 10, 2021 and clarified by Order [136] entered September 22, 2021.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to the **Subject Property** is hereby condemned, forfeited, and vested in the United States of America and the United States shall forthwith take free and clear title to said properties notwithstanding any and all liens of record, and the **Subject Property** shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the United States District Court shall amend this Order as needed.

SO ORDERED, ADJUDGED, AND DECREED this ___3rd___ day of ~~December 2021~~ January 2022.

_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

3