IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 2:20-cr-26-KS-MTP

WADE ASHLEY WALTERS

### ORDER CLARIFYING FINAL OF FORFEITURE

Before this Court is the United States of America's Motion [161] to Clarify the Second

Final Order of Forfeiture.   Having reviewed the Government's motion, this Court finds that it is

well taken and should be GRANTED.   In support of its ORDER, the Court finds as follows:

On January 3, 2022, the Court entered a Second Final Order of Forfeiture on Wade

Ashley Walters [154], forfeiting specific property (and a money judgment) to the United States

pursuant to 18 U.S.C. §§ 981(a)(1)(C), and 982(a)(1) and (a)(7), and 28 U.S.C. § 2461(c).

The United States asks to clarify the forfeiture order with respect to one of those

properties, which the United States identified with property identification number 21-DCI-

000062, due to confusion regarding the property's proper address.   For clarification purposes,

and in order to assist future buyers in obtaining clear title to the property, this property is further

described as:

| N/A | N/A a/k/a 21-DCI-000062 | Real Property located in Cascilla, Mississippi, titled to Walters Wade Plan Adm of W Walter Consulting, Inc.<br><br>Legal Description:<br>East Half (E ½) of Northwest Quarter (NW ¼), Section Two (2), Township Twenty Three (23), North, Range Two (2) East, [First Judicial District] Tallahatchie County, Mississippi, consisting of 88 acres, more or less, as described in the Warranty Deed recorded at Book 512, Pages 421 through 423, inclusive, in the Land Records of the Office of the Chancery Clerk of Tallahatchie County, Mississippi.<br><br>Parcel No. 120-02017, Tallahatchie County, Mississippi |
|---|---|---|

|  |  | There have been multiple addresses associated with this property.   It is currently identified in the Tallahatchie County Tax Assessor's rolls as "1629 – 1718 Spring Road, Cascilla, Mississippi 38920" |
| --- | --- | --- |

This Order may be used to perfect title and deed to subsequent purchasers.

The remainder of the second Final Order of Forfeiture [154] remains unchanged and in full effect.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     The Defendant Wade Ashley Walters had an interest in the **Subject Property** that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and (a)(7), and 28 U.S.C. § 2461(c).

2.     Final forfeiture judgment against the **Subject Property** is hereby entered pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982 (a)(1) and (a)(7), and 28 U.S.C. § 2461(c), and the realized equity of the **Subject Property** shall offset the existing money judgment of $56,565,963.00, consistent with the Orders [94, 136, and 154] of this Court, and further clarified herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to the **Subject Property** is hereby condemned, forfeited, and vested in the United States of America and the United States shall forthwith take free and clear title to said properties notwithstanding any and all liens of record, and the **Subject Property** shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the United States District Court shall amend this Order

as needed.

SO ORDERED, ADJUDGED, AND DECREED this ____25th____ day of May 2022.


___s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE