UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 1 4 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**V.**                                           CAUSE NO. 2:20cr26KS-MTP-001

**WADE ASHLEY WALTERS,**

**Defendant.**

## NOTICE OF APPEAL

**COMES NOW**, the Defendant, WADE ASHLEY WALTERS, by and through undersigned counsel, and gives this Notice of Appeal as to Order denying [Doc. 168] Motion to Reduce Sentence [Doc. 170, 171].

Respectfully submitted the 14th day of April, 2025.

WADE ASHLEY WALTERS,
*Defendant*

By: */s/ Mary Lee Holmes*
**MARY LEE HOLMES, MSB #105398**

OF COUNSEL:

MARY LEE HOLMES, MSB #105398
MARCUS A. McLELLAND, MSB #103598
**HOLMES & McLELLAND, PLLC**
601 East Central Avenue
Petal, MS 39465
Phone: 601-909-9256
Fax: 601-510-9677
marylee@hmflawfirm.com
marcus@hmflawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this date electronically filed the above and foregoing NOTICE OF APPEAL with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

THIS, the 14th day of April, 2025.

/s/ Mary Lee Holmes
COUNSEL OF RECORD